## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6221 | **DATE** | 1/8/2008 |
| **CASE TITLE** | Debra Alavi vs. Manorcare Health Services, Inc. Et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Agreed Stipulation of Voluntary Dismissal of Action Without Prejudice and With the Right to Re-File Within Applicable Statute of Limitations Pursuant to Rule 41(a)(2) of the FRCP [11], this case is dismissed without prejudice and with the right to refile within the statute of limitations pursuant to Rule 41(a)(2) of the FRCP. Status hearing set for 1/9/08 is stricken. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|